UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN FOUMAL,

                    Plaintiff,

    v.

CCO McCARTNEY,

                    Defendant.

No. C11-5310 BHS/KLS

ORDER TO SHOW CAUSE

This matter comes before the Court on Plaintiff's motion for leave to proceed *in forma pauperis.* ECF No. 1. To file a complaint and initiate legal proceedings, a plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

On April 19, 2011, Plaintiff filed an application to proceed *in forma pauperis* and a proposed civil rights complaint. ECF No. 1. On April 22, 2011, the Clerk sent a letter to Plaintiff advising him that he must submit a written consent and trust account statement showing transactions for the past six months. ECF No. 2. On May 2, 2011, Plaintiff submitted a written consent. ECF No. 3. However, Plaintiff has not submitted a trust account statement to support his application to proceed *in forma pauperis.*

The court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

ORDER - 1

Pursuant to 28 U.S.C. § 1915(a)(2):

A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

By letter dated April 22, 2011, the Court Clerk advised Plaintiff that he was required to submit a trust account statement reflecting balances for the six months preceding the filing of his application, and that he should do so on or before May 23, 2011. ECF No. 2. Plaintiff has not submitted an updated trust account statement.

Accordingly, it is **ORDERED**:

(1) Plaintiff shall submit a copy of his prison trust account statement showing the balance and activity of his account for the six-month period immediately preceding the filing of his petition **on or before July 8, 2011.** Alternatively, Plaintiff shall pay the full $350.00 filing fee required to proceed with this action **on or before July 8, 2011.**

(2) Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

(3) The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this  16th  day of June, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2