UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTIAN FOUMAL,

          Plaintiff,

v.

CCO McCARTHEY (RS COUNSELOR),

          Defendant.

CASE NO. C11-5310BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

      This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

      (1)    The R&R is **ADOPTED**; and

      (2)    Plaintiff's complaint is **DISMISSED without prejudice** and the dismissal counts as a **"strike"** under 28 U.S.C. § 1915(g).

      Dated this 17th day of October, 2011.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER