# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTIAN FOUMAL,

                v.

JUDGMENT IN A CIVIL CASE

CASE NO. C11-5310BHS

CCO McCARTHEY (RS COUNSELOR),

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's complaint is **DISMISSED without prejudice** and the dismissal counts as a **"strike"** under 28 U.S.C. § 1915(g).

| October 18, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |